UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JACK LANDSMANAS STERN,

                Petitioner,

v.

CARLOS JAVIER MOLINA GIL *and* TGV GONE LTD.,

                Respondents.

**ORDER**

21 Civ. 4040 (ER)

---

RAMOS, D.J.

    On June 30, 2021, the Court granted Jack Landsmanas Stern's request to stay the case pending Carlos Javier Molina Gil's bankruptcy proceedings. Doc. 14. On December 7, 2021, Stern submitted a status update, proposing that the action remain stayed and that he provide a further status update by June 30, 2022. Doc. 15. Since then, no action has occurred in this case.

    Stern is hereby directed to submit a status report by **October 14, 2022.**

    It is SO ORDERED.

Dated: October 7, 2022
       New York, New York

                                              Edgardo Ramos, U.S.D.J.