UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACK LANDSMANAS STERN,<br><br>          Plaintiff,<br><br>  - *against* -<br><br>CARLOS JAVIER MOLINA GIL, *and* TGV GONE LTD.,<br><br>          Defendants. | **ORDER**<br><br>21-cv-4040 (ER) |

Ramos, D.J.:

  On June 30, 2021, the Court stayed this case pending Defendant's bankruptcy proceedings. On April 14, 2023, Plaintiff filed a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

  Accordingly, the Clerk is respectfully directed to lift the stay and dismiss the case.

  SO ORDERED.

Dated: April 17, 2023
    New York, New York

                                   _____
                                    Edgardo Ramos, U.S.D.J.